FILED

2014 JUL -8 PM 12:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR14-0393 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute Cocaine; 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(ii): Attempt to Possess with Intent to Distribute Cocaine] |
| OSWALDO ALONZO ZUNIGA, aka "Blanco," and JOSEPH GARZA VALENTINO, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A. OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about June 23, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants OSWALDO ALONZO ZUNIGA, also known as "Blanco" ("ZUNIGA"), and JOSEPH GARZA VALENTINO ("VALENTINO"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess

with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

B.  **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendant VALENTINO would negotiate the price for, and arrange to buy, cocaine from potential cocaine suppliers.

2. Defendants ZUNIGA and VALENTINO would meet with the cocaine suppliers to purchase cocaine.

3. Defendants ZUNIGA and VALENTINO would possess cocaine received from the cocaine suppliers with the intent to distribute and sell it to their drug customers.

C.  **OVERT ACTS**

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendants ZUNIGA and VALENTINO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

1. On or about June 13, 2014, defendant VALENTINO met with an individual whom he believed to be a cocaine supplier but who was, in fact, an undercover agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereinafter, "the UC"), at a warehouse located in Los Angeles, California ("the

warehouse"), to discuss VALENTINO's purchase of two to ten kilograms of cocaine.

2. On or about June 13, 2014, in a telephone conversation using coded language, defendant VALENTINO confirmed with the UC the price for the cocaine that VALENTINO would purchase from the UC.

3. On or about June 16, 2014, defendants ZUNIGA and VALENTINO met with the UC to discuss ZUNIGA and VALENTINO's purchase of two kilograms of cocaine from the UC for $26,000 per kilogram. During the meeting, VALENTINO advised the UC that ZUNIGA intended to purchase a total of 10 kilograms of cocaine from the UC, but wanted to do so in multiple transactions involving two-kilogram quantities.

4. On or about June 23, 2014, defendants ZUNIGA and VALENTINO met with the UC in order to purchase two kilograms of cocaine from the UC at the price of $26,000 per kilogram.

5. On or about June 23, 2014, defendant ZUNIGA inspected the cocaine offered for sale by the UC for the purpose of determining its quality for further re-sale.

6. On or about June 23, 2014, defendant ZUNIGA gave the UC a black plastic bag containing approximately $52,000 in cash in exchange for two kilograms of cocaine.

7. On or about June 23, 2014, defendants ZUNIGA and VALENTINO attempted to possess approximately two kilograms of cocaine with the intent to distribute and sell it to their drug customers.

COUNT TWO

[21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(ii)]

On or about June 23, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants OSWALDO ALONZO ZUNIGA, also known as "Blanco," and JOSEPH GARZA VALENTINO attempted to knowingly and intentionally possess with intent to distribute at least 500 grams, that is, approximately 2,000 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent and Organized Crime Section

JUSTIN R. RHOADES
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

ROBYN K. BACON
Assistant United States Attorney
Violent and Organized Crime Section

4