ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorney
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4667
     Facsimile: (213) 894-3713
     E-mail:    robyn.bacon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-393-JAK |
|---|---|
| Plaintiff, | <u>JOINT REPORT</u> |
| v. | Pretrial Conf.: 8/21/14<br>Trial Date:     9/2/14 |
| OSWALDO ZUNIGA, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Robyn K. Bacon, and defendant Oswaldo Alonzo Zuniga, by and through his counsel of record, Todd W. Burns, and defendant Joseph Garza Valentino, by and through his counsel of record, Deputy Federal Public Defender Charles Brown, hereby file their Joint Report, pursuant to the Court's Standing Order Regarding Discovery and Motions for Criminal Cases. The parties report as follows:

    1.   On July 25, 2014 and July 28, 2014, government counsel conferred by telephone and e-mail with counsel for each defendant.

2.     On July 15 and July 16, 2014, the government produced its initial discovery, consisting of 62 pages of documents, photographs and multiple video- and audio-recordings.  The government anticipates additional production of draft transcripts, phone records, forensic reports, and certified conviction records within the next 21 days.[1]  The government has requested reciprocal discovery from the defense.

3.     The parties do not currently have any discovery disputes to report.

4.     Defendants report that it is currently too early to know whether they expect to file particular motions to suppress physical evidence or defendants' statements.  All parties report that it is too early to know whether they intend to file particular motions in limine.  Among other things, determinations on appropriate motions will depend on defense counsels' further review of the discovery provided, and on the outcome of any negotiations between counsel that may occur.

5.     The parties report that they do not expect to proceed to trial on the current trial date; the parties expect that there will be a defense request for continuance with the next 21 days.

6.     The government expects that trial in this case could be completed within 2-3 days.

---

[1] Notwithstanding the foregoing, the government reserves the right to deliver additional discovery to the defense at a later date, consistent with the requirements of Rule 16 of the Federal Rules of Criminal Procedure.

2

```
Dated: July 29, 2014                  Respectfully submitted,

                                      ANDRÉ BIROTTE JR.
                                      United States Attorney

                                      ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                           /s/
                                      ROBYN K. BACON
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

Dated: July 29, 2014
                                      /s/ (auth'd by 7/28/14 email) _
                                      TODD W. BURNS

                                      Attorney for Defendant
                                      OSWALDO ALONZO ZUNIGA


Dated: July 29, 2014
                                      /s/ (auth'd by 7/25/14 email)_ _
                                      CHARLES BROWN
                                      Deputy Federal Public Defender

                                      Attorney for Defendant
                                      JOSEPH GARZA VALENTINO
```

3