UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>OSWALDO ALONZO ZUNIGA,<br>  aka "Blanco,"<br><br>            Defendant. | CR No. 14-393-JAK-1<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Conviction] |

    The United States Attorney charges:

                    [21 U.S.C. § 851]

    Defendant OSWALDO ALONZO ZUNIGA, also known as "Blanco" ("ZUNIGA"), prior to committing the offenses alleged in Counts One and Two of the Indictment in United States v. Oswaldo Alonzo Zuniga, et al., CR No. 14-393-JAK, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about June 19, 2012, in the Superior Court of the State of California, County of Los Angeles, Case Number PA073321, defendant ZUNIGA was convicted of possession for sale of a

controlled substance, to wit, methamphetamine, in violation of California Health and Safety Code § 11378.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ROZELLA A. OLIVER
Assistant United States Attorney
Chief, General Crimes Section

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANN C. KIM
Assistant United States Attorney
General Crimes Section